UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PLAYBOY ENTERPRISES
INTERNATIONAL, INC.,

    Plaintiff,

v.

DAVID & GOLIATH, Inc.,
a Florida corporation, DAVID GOLDMAN,
an individual, and
TODD GOLDMAN, an individual,

    Defendants.

Civil Action No. CV-472-T-24MSS

**CONSENT JUDGMENT**

Plaintiff Playboy Enterprises International, Inc. ("Playboy") filed a Complaint on March 14, 2002 against David & Goliath, Inc. and Todd Goldman (herein collectively "Defendants") and David Goldman in the United States District Court for the Middle District of Florida (8:02-CV-472-T-24MSS), alleging trademark infringement under Sections 32(a) and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 et seq. and 1125 et seq.; dilution under 15 U.S.C. §§ 1125(c); common law trademark infringement and unfair competition; trademark counterfeiting under 15 U.S.C. §§ 1114 and 1117(c); violation of Florida's deceptive and unfair trade practices act, Fla. Stat. § 501.201 et seq.; violation of Fla. Stat. § 495.151 covering injury to business reputation and dilution and breach of contract, all arising from Defendants' sale of counterfeit t-shirts, pajamas and underwear bearing Playboy's famous RABBIT HEAD Design trademark and the term "PLAY BOYS"; Defendants' breach of its agreement to cease selling the counterfeit products; and Defendants' continued sale of such products.

Playboy sought to permanently enjoin the infringement of the PLAYBOY and RABBIT HEAD Design trademarks by Defendants and recovery of (i) actual damages incurred as a result of the Defendants' alleged unlawful acts; (ii) all profits realized by the Defendants as a result of their alleged unlawful acts; (iii) or, alternatively to actual damages and profits, statutory damages pursuant to 17 U.S.C. § 504; and (iv) Playboy's costs, disbursements and attorneys' fees incurred in this matter.

Playboy, Defendants and David Goldman wish to resolve the disputes between them as alleged in the Complaint and agree to entry of a Final Consent Judgment and Order with respect to Playboy's Complaint. Thus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1332 and 1338.

2. This Court has personal jurisdiction over Defendants and David Goldman by virtue of their Florida citizenship, their operation of a business within this judicial district, and their alleged tortuous acts committed within this judicial district.

3. Upon stipulation and agreement of the parties and the Court being fully advised in the premises, IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that final judgment be entered with respect to the claims in this action as follows:

4. Defendants Todd Goldman and David & Goliath, Inc., its officers, agents, servants, employees, attorneys, parent, subsidiary, and related companies and all persons acting for, with, by, through, or under them, including all webmasters, and each of them are enjoined and restrained from:

(a) using in any manner any of Playboy's trademarks, including without limitation the PLAYBOY and RABBIT HEAD DESIGN trademarks, and any other term or design likely to cause confusion therewith on any garment and in connection with the advertising or promotion of any garment; or any other product or advertising;

(b) using in any manner any of Playboy's trademarks, including without limitation PLAYBOY and RABBIT HEAD DESIGN trademarks in connection with Defendants' goods or any other goods in such a manner that is likely to cause the erroneous belief that said goods are authorized by, sponsored by, licensed by or are in some way associated with Playboy.

5. Each party shall be solely responsible for its own attorneys' fees and costs incurred in connection with this action.

6. The parties each waive their right to appeal from this Consent Judgment.

7. This Court shall retain jurisdiction over this cause of action and the parties hereto for the purpose of enforcing the provisions of this Consent Judgment and the terms of the parties' Confidential Settlement Agreement which are hereby incorporated by reference and for purposes of resolving any dispute arising out of the settlement of this action.

8. This Consent Judgment shall be binding upon and inure to the benefit of the Parties' respective assignees, successors, and heirs.

9. If subsequent to the entry of this Order, Defendants use any of Playboy's trademarks, including without limitation the PLAYBOY or RABBIT HEAD Design

3

trademarks or any colorable variation of said marks in violation of the Order, Plaintiff may apply directly to the Court to obtain compliance with this Order.

10. Pursuant to F.R.Civ.P. 41(a), Defendant David Goldman is dismissed, without prejudice, from this action.

11. It is the intent of the parties that this Judgment on Consent constitutes *res judicata* with the effect of issue and claim preclusion in any future litigation between Playboy and Defendants involving the PLAYBOY or RABBIT HEAD Design trademarks.

SO ORDERED:

_____
Susan C. Bucklew
United States District Judge

Dated: September 4, 2002
Tampa, Florida

Approved:

**By Plaintiff**

**Playboy Enterprises International, Inc.**

By: _____
Howard Shapiro, Esq.
Executive Vice President and General Counsel
Playboy Enterprises International, Inc.
680 North Lake Shore Drive
Chicago, Illinois 60611

Date: 8-26-02

4

**Fish & Richardson P.C.**

By: ____David R. Francescani (ax)____
David R. Francescani, Esq.
45 Rockefeller Plaza, Suite 2800
New York, New York 10111


**Akerman Senterfitt & Eidson, P.A.**

By: ____Margaret S. Mathews____
Margaret Mathews, Esq.
100 South Ashley Drive
First Union Building, Suite 1500
Tampa, Florida 33602-5311

Attorneys for Plaintiff Playboy Enterprises International, Inc.


**By Defendants**
**David & Goliath, Inc., David Goldman and Todd Goldman**

By: _____
Todd Goldman, Individually and as
President of David & Goliath, Inc.

Date: ____8/15/02____

By: _____
David Goldman

Date: ____8/15/02____


**Battaglia, Ross, Dicus & Wein, P.A.**

By: _____
Aubrey O. Dicus, Jr., Esq.
Battaglia, Ross, Dicus & Wein, P.A.
980 Tyrone Blvd.
P.O. Box 41100
St. Petersburg, Florida 33743

      Attorneys for Defendants

Date: _____8/16/02_____

30099221.doc

F I L E   C O P Y

Date Printed: 09/06/2002



Notice sent to:

  ✓  Margaret Diane Mathews, Esq.
Akerman, Senterfitt & Eidson, P.A.
100 S. Ashley Dr., Suite 1500
P.O. Box 3273
Tampa, FL  33601-3273

  ✓  Maryann V. Hayes, Esq.
Fish & Richardson, P.C.
45 Rockefeller Plaza, Suite 2800
New York, NY  10111

  ✓  David R. Francescani, Esq.
Fish & Richardson, P.C.
45 Rockefeller Plaza, Suite 2800
New York, NY  10111

  ✓  Aubrey Omar Dicus Jr., Esq.
Battaglia, Ross, Dicus & Wein
980 Tyrone Blvd.
P.O. Box 41100
St. Petersburg, FL  33743